E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DAVID R. FRIEDMAN (Cal. Bar No. 300737)
Assistant United States Attorney
Criminal Appeals Section
    1000 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7418
    Facsimile: (213) 894-8513
    E-mail:   David.Friedman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: APPLICATION FOR LAW STUDENT PRACTICE | No. 2:23-CM-175<br><br>REQUEST TO UNDERTAKE THE SUPERVISION OF AN ELIGIBLE LAW STUDENT ON BEHALF OF THE UNITED STATES OF AMERICA IN CRIMINAL MATTERS PURSUANT TO L.R. 83-4 ("STUDENT PRACTICE"); CONSENT OF THE UNITED STATES ATTORNEY; DECLARATION OF LAW STUDENT'S DEAN; DECLARATION OF SUPERVISING ATTORNEY<br><br>[NO HEARING REQUESTED] |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, hereby requests to undertake the supervision of an eligible law student on behalf of the United States of America in criminal matters pursuant to Local Rule 83-4 ("Student Practice").

//
//
//
//

This request is based upon the attached memorandum of points and authorities, the Consent of the United States Attorney, the Declaration of the Law Student's Dean, and the Declaration of Supervising Attorney.

Dated: September 25, 2023          Respectfully submitted,

                                                            E. MARTIN ESTRADA
                                                            United States Attorney

                                                            MACK E. JENKINS
                                                            Assistant United States Attorney
                                                           Chief, Criminal Division

                                                                 /s/
                                                           DAVID R. FRIEDMAN
                                                           Assistant United States Attorney

                                                           Attorneys for Plaintiff
                                                           UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Local Rule 83-4, law students may appear on behalf of the government in criminal matters if certain requirements are met.  For a law student to appear on behalf of the government in criminal matters, L.R. 83-4 ("Student Practice") requires that: (1) the United States file a written consent to the law student's appearance on its behalf, L.R. 83-4.1; (2) a law school dean certify that the law student has particular knowledge and experience, L.R. 83-4.2 and 83-4.4; and (3) the supervising attorney meet the requirements of L.R. 83-4.3.

With this filing, the government requests to undertake the supervision of law student Elyse Hain.  In support of this request and to satisfy the requirements of L.R. 83-4, attached is the Consent of the United States Attorney, the Declaration of the Law Student's Dean, and the Declaration of the Supervising Attorney.

**CONSENT BY THE UNITED STATES ATTORNEY**

The United States of America, by and through United States Attorney E. Martin Estrada, hereby consents that Elyse Hain, an eligible law student under L.R. 83-4, acting under a supervising attorney (as defined in L.R. 83-4), may appear on behalf of the United States of America during trial settings, motion hearings, change of plea hearings, supervised release revocation hearings, and magistrate court hearings, between September 25, 2023 and December 1, 2023.

Date:  September 25, 2023

_____
E. MARTIN ESTRADA
United States Attorney

**DECLARATION OF DAVID R. FRIEDMAN**

I, David R. Friedman, declare as follows:

1. I have been an Assistant United States Attorney since August 2019. I have been a member of the California bar since December 2014. As such, I believe that I have substantial litigation experience to supervise law student Elyse Hain ("law student").

2. My duties include supervising law students who volunteer in the Criminal Division of the United States Attorney's Office for the Central District of California. The law student will be supervised by me or another attorney with substantial litigation experience in my office when the law student appears on behalf of the United States of America. Any qualified supervising attorney will be made aware of the requirements of L.R. 83-4 before acting in that capacity for the law student's appearances.

3. In support of the government's request to undertake the supervision of an eligible law student, I state the following:

   a. I am registered with the Court's CM/ECF system (as any other qualified supervising attorney in my place will be);

   b. I (or another qualified supervising attorney in my place) will appear with the law student in any oral presentations before the Court;

   c. I (or another qualified supervising attorney in my place) will sign all documents filed with the Court;

   d. I (or another qualified supervising attorney in my place) will assume personal professional responsibility for the law student's work in matters before the Court;

3

    e. I (or another qualified supervising attorney in my place) will assist and counsel the law student in the preparation of the law student's work in matters before the Court; and

    f. I (or another qualified supervising attorney in my place) will be responsible to supplement oral or written work of the law student as necessary to assure proper representation of the United States of America.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 25, 2023.

                  /s/
               DAVID R. FRIEDMAN

CERTIFICATION OF ELYSE HAIN

I, Akita Mungaray certify as follows:

1. I am a Dean with USC Gould School of Law.

2. Elyse Hain is enrolled and in good standing with USC Gould School of Law, a law school accredited by both the American Bar Association and State Bar of California.

3. As of today's date, Ms. Hain has completed at least one-half of the legal studies required for graduation, including courses in evidence, criminal law and criminal procedure.

4. Elyse Hain has knowledge of and is familiar with the Federal Rules of Civil Procedure as well as the Federal Rules of Evidence, the Rules of Professional Conduct of the State Bar of California and applicable statutory rules, and the rules of United States District Court for the Central District of California.

5. I have reviewed the United States District Court for the Central District of California's Student Practice Rule ("L.R. 83-4"). In my opinion, Elyse Hain is adequately trained to fulfill all responsibilities as a legal intern to the Court in compliance with L.R. 83-4.2(a) and (b).

6. I have spoken with Elyse Hain and she is aware of the requirements of L.R. 83-4, including the fact that she cannot accept compensation for her legal services directly or indirectly from a client. I am aware of no reason which would render Ms. Hain ineligible under L.R. 83-4.

7. I certify that the foregoing is true and correct, and that this certification was executed in Los Angeles, California on September 14, 2023.

Sincerely,

*A. Mungaray*

Akita Mungaray
Assistant Dean for DEI and Director of Student Affairs